Ritter *v.* Wilson.

## No. 8406.

## SHINDLER *v.* THE WAYNE AND UNION STRAIGHT LINE TURNPIKE COMPANY.

From the Wayne Circuit Court.

*I. B. Morris* and *H. U. Johnson*, for appellant.

*W. A. Bickle*, for appellee.

ELLIOTT, J.—This case is in all material respects like that of *Smelser* v. *Wayne, etc., T. P. Co., ante*, p. 417; and, on the authority of that case, the judgment must be reversed.

---

## No. 7590.

## MORRISON ET AL. *v.* FOUST ET AL.

From the Huntington Circuit Court.

*W. H. Trammel*, for appellants.

*J. B. Kenner*, for appellees.

NEWCOMB, C.—This case presents the same questions that are decided in *Coolman* v. *Fleming, ante*, p. 117; and, on the authority of that case, the judgment ought to be reversed.

PER CURIAM.—It is therefore ordered, on the foregoing opinion, that the judgment below be and it is hereby in all things reversed, at the costs of the appellees, and that the cause be remanded to said circuit court, with instructions to overrule the motion to dismiss said cause, and for further proceedings.

---

## No. 9350.

## RITTER *v.* WILSON.

From the Kosciusko Circuit Court.

*J. S. Frazer* and *W. D. Frazer*, for appellant.

*W. S. Marshall* and *H. D. Wilson*, for appellee.

ELLIOTT, J.—It is insisted by the appellee that the evidence is not in the record, for the reason that the bill of exceptions does not contain the statement that "this was all the evidence given in the cause," or equivalent words. The contention of appellee must prevail.

It is necessary to a proper understanding and decision of the questions involved, that the entire evidence should be examined, *Louisville, etc., R. W. Co.* v. *Murdock, ante*, p. 381; and, as it is not in the record, the result is, that the judgment must be affirmed.